No. 75–804. FARMER v. UNITED BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA, LOCAL 25, ET AL. Ct. App. Cal., 2d App. Dist. [Certiorari granted, *sub nom. Hill v. United Brotherhood of Carpenters & Joiners of America, Local 25, et al.*, 423 U. S. 1086.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* granted and 15 additional minutes allotted for that purpose. Petitioner also alloted 15 additional minutes for oral argument.

No. 75–909. ENVIRONMENTAL PROTECTION AGENCY v. BROWN, GOVERNOR OF CALIFORNIA, ET AL.; and ENVIRONMENTAL PROTECTION AGENCY v. ARIZONA ET AL. C. A. 9th Cir.;

No. 75–960. ENVIRONMENTAL PROTECTION AGENCY v. MARYLAND ET AL. C. A. 4th Cir.;

No. 75–1050. VIRGINIA EX REL. AIR POLLUTION CONTROL BOARD v. TRAIN, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY. C. A. D. C. Cir.; and

No. 75–1055. TRAIN, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY v. DISTRICT OF COLUMBIA ET AL. C. A. D. C. Cir. [Certiorari granted, 426 U. S. 904.] Motion of Natural Resources Defense Council, Inc., for leave to file a brief as *amicus curiae* denied.

No. 75–1064. KREMENS, HOSPITAL DIRECTOR, ET AL. v. BARTLEY ET AL. Appeal from D. C. E. D. Pa. [Probable jurisdiction noted, 424 U. S. 964.] Motion for reconsideration of denial of leave to file an *amicus curiae* brief on behalf of the Supreme Court of Pennsylvania granted, and it is ordered that the motion for leave to file be granted and the brief filed.

No. 76–188. GOURLEY, DIRECTOR, DIVISION OF FAMILY SERVICES OF MISSOURI, ET AL. v. LEWIS. C. A. 8th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.